Defendant: **The McClatchy Company D/B/A The Charlotte Observer**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferror(s) | Debtor(s) Incurring Antecendent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998282 | $6,090.13 | 8/28/18 | 518136439 | 6/1/18 | $6,090.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009912 | $7,993.25 | 9/19/18 | 618136439 | 7/2/18 | $6,226.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009912 | $7,993.25 | 9/19/18 | 718136439 | 7/2/18 | $1,250.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009912 | $7,993.25 | 9/19/18 | 618136439 | 7/2/18 | $516.77 |

Totals:    **2 transfer(s),  $14,083.38**